United States District Court
District of Connecticut

SCANNED at
and emailed
3/6/20 by ___
Date       initials
71 No. pages

James L. Griffin
    Plaintiff, #245391

DATE: March 6, 2020

Verified Complaint
Case No:
Jury Trial Requested

V.

Roland Cook, Commissioner of the
Connecticut Department of Correction;
Cynthia Nadeau, Nurse and medical
administrative Remedy Coordinator;
Micheal Desena, Medical Supervisor
 Sued in their individual and official
Capacity.
         Defendants
    Jury Trial Demanded.


         I. Jurisdiction and Venue


1). This is a Civil action authorized by 42 u.s.c. §1983 to redress
the deprivation, under color of State law, of rights secured by the
constitution of the united States. The court has Jurisdiction under
28 u.s.c. §1331 and 1343(a)(3).


2) The District court of connecticut is an appropiate Venue under 28
u.s.c. § 1391(b)(2) because it is where the events giving rise to the plaintiff
claims occurred.

## II. PLAINTIFF

3) The plaintiff, James L. Griffin, is and was at all times mentioned herein a prisoner of the State of Connecticut, in the custody of the Connecticut — department of Correction. He is currently confined in Garner Correctional Institution, 50 Nunnawauk Road, Newtown, Ct. 06470

## III. DEFENDANTS

4) Defendant Roland Cook, is the Commissioner of the Connecticut Department of Correction, and his office is located at 24 Wolcott Hill Road, Wethersfield, CT. 06109. Pursuant to the Connecticut General Statute Section 18-81, he is legally responsible for the over all operation of the department of Correction and each institution under its Jurisdiction, including Garner Correctional Institution where the plaintiff is Confined. And under color of State law, he is responsible for all of the plaintiffs medical needs

5) Defendant Cynthia Nadeau, is a nurse and medical administrative remedy coordinator at Garner Correctional Institution. 50 Nunnawauk Road, Newtown, CT, 06470 whose principle Job is to render medical Care and Coordinate the Departments medical administrative Remedy Procedures for prisoners at Garner C.I.

2

6) Defendant mikheal Deseng, is the medical Supervisor at Garner correctional Institution, 50 Nunnawauk Road, ct, 06470, whose principle Job is to Supervise the medical Staff at Garner C.I. and to over See their work

7) Each Defendant is being Sved in their Individual and official capacity. At all times mentioned in this complaint, each defendant acted under the color of State law.

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDY

8) The first Amendment of the united States Constitution Protects " The rights to Petition the Government for redress of grievances." U.S. Amend. I.

9) The Second Circuit of Appeal in Franco v. Kelly, held that " the filing of prison grievances is a constitutionally protected right, [and that] the right to petition is substantive rather than Procedural and therefore cannot be obstructed, regardless of the procedural means applied." 854 F. 2d 584, 589 ( 2d Cir. 1988) (Citation omitted); Ziemba V. Thomas 390 F. Supp. 2d 136, 154 ( D. Conn. 2005)

10) The Policy set forth by the Department's administrative Directive 9.6, titled Administrative Remedy, Provides the Inmate Population with Procedures for exhaustion

3

the Department's administrative remedy / grievance Procedures.

11) Therein, at all times relevant to the facts in this complaint, the Plaintiff had exhausted all available Administrative Remedies and was informed that he had exhausted the Defendant Roland COOK's Connecticut Department of Correction's administrative Remedies.

V. Applicable Legal Standard

12) The Eighth Amendment to the united states Constitution Provides that:

"excessive bail shall not be required, nor excessive fines imposed, nor Cruel and unusual Punishment inflicted." U.S. Const. Amend. VIII.

13.) In Estelle v. Gamble, the united states Supreme Court held that "deliberate indifference to serious medical needs of Prisoners constitute the unnecessary and wanton infliction of Pain," Proscribed by the Eighth Amendment. 429 U.S. 97, 173, 96 S. Ct. 285 (1976) This is true whether the indifference is manifested by prison doctors (Nurse) in their response to the Prisoner's needs

14.) In Helling V. Mc Kinney, the Supreme Court held that "the eighth amendment protects prisoners from an official's deliberate indifference to conditions posing an unreasonable risk of serious damage to the prisoner's future health, 509 U.S. 25, 33-35 (1993)

15) In Farmer V. Brennan, the Supreme Court held that " Prison officials can be found deliberate indifference for having knowledge of and disregarding an excessive risk to inmate's health or safety." 511 U.S. 827, 837, 114 S.Ct. 1970 (1994)

16) In addition, other Courts had determined that obstructive sleep apnea is a serious medical need See; Meloy V. Schuetzle, 230 F.3d 1363, 2000 WL 1160446, at *1 (8th Cir 2000); ALLAH V. Garmiak, NO: 5:13-CV-186 (MTT), 2015 WL 269478, at *5 (M.D Ga. Jan. 21. 2015)

## VI STATEMENT OF FACTS

A) Failure to replace CPAP machine filter/or replace CPAP machine in a timely manner.

17.) On or about 1-13-2016; the Plaintiff had undergone a sleep study at the university of Connecticut health Center's (Uconn), Sleep disorder center, for obstructive sleep apnea. During which, the plaintiff was officially diagnosed as Suffering from obstructive sleep APnea. (See, Exhibit -A).

5

18) Subsequently after (3) Three months of non-treatment for his diagnosed obstructive sleep Apnea and repeated attempts through Inmate request forms CN9601 on or about 5-11-17. The Plaintiff was issued a CPAP machine.

   A.) The most commonly Prescribed and effective treatment option for obstructive sleep apnea is the daily use of a Continuous Positive Airway Pressure (CPAP) machine. Here after referred to as "CPAP"

19) There after, on or about 9-9-18, the plaintiff had written the facilities department to inform the medical staff that plaintiff standard CPAP filter was thrown out during a institutional prison Lockdown, where Each cell is ~~searched~~ searched by Prison guards. (See, Exhibit - B)

20) On 9-17-18 Plaintiff received his Inmate request back dated 9-9-18 from medical nurse Cynthia Nadeau defendant stating "She sent E-mails to find out who is now in charge of supplies (See, Exhibit - B)

21) On or about 9-20-18 the plaintiff had submitted a Second Inmate request form CN9601 to the facilities medical department, specifically, addressed to (defendant) Micheal Desena the medical Supervisor requesting to be provided with another filter. (See, Exhibit - C)

for Plaintiff CPAP. I was waking up with Severe
headaches, and tired-ness.

22.) On or about 9-21-18 defendant medical Supervisor
micheal Desena response to Inmate request dated
9-20-18 was "Your request through (defendant) Nadeau
has been forward to D.o.C. Health Services Head
Quarters, we will Contact You as soon as they make
information availible. (See, EXhibit - C)

23.) On or about 10-15-18 Plaintiff had Submitted
a third Inmate request form CN 9601, Specifically
addressed to defendant Nadeau requesting that She
order the filter for the CPAP because im having
Problems breathing at Night, waking up gasping for
air. (See, EXhibit - D)

24.) On or about 10-27-18 Plaintiff had Submitted a
fourth Inmate Request form CN 9601, Specifically
addressed to defendant Nadeau outlining that
Plaintiff inability to breath while Sleeping was
getting worst, as a result of not having a properly
functioning Standard CPAP machine, and requested
that defendant order me a new filter.
        (See, EXhibit - E)

7

25.) On or about 2-4-19; the plaintiff had submitted a fifth Inmate request form CN 9601, specifically addressed to defendant Micheal Desena, outlining the defendants failure to respond to Plaintiff Inmate request forms and Administrative Remedy forms addressing the defendants failure to replace the CPAP filter. (See, Exhibit - F)

26.) However, on 3-14-19 Plaintiff met with defendant Nadeau. I informed Nadeau of me choking, gasping for air, and how it feels like Plaintiff is suffocating while sleep. Defendant reply was lose weight.

27.) On or about 7-20-19 Plaintiff had submitted a sixth Inmate Request form CN 9601. Specifically addressing doctor Valletta about my medical issues and namely my CPAP problems and the risk of not using machine. (See, Exhibit - G)

28.) The response to Inmate request dated 7-20-19 was" You are currently on the list to see the median MD. Also referred to urc/nurse Nadeau the defendant." (See, Exhibit - G)

NOTE." Nurse Nadeau over sees Chronic care treatment. i.e. CPAPS, uconn Medical trips, And C.D.C. issues H.I.V. ETC.

8

29.) On or about 8-5-19 Plaintiff Submitted a Inmate request form CN 9601, Specifically addressed to Captain Lugo informing him I filed (5) five grievance along with request to defendant Nadeau. I Asked if he Could Check on the grievance because Defendant Nadeau was throwing them out because they were against Nadeau. (See, Exhibit - H)

30.) On or about 9-11-19 Captain Lugo response was I have (3) three active grievance.(See, Exhibit - H)

31.) On or about 8-6-19 Plaintiff had Submitted a Seventh Inmate request form CN 9601 to defendant Nadeau informing defendant I will be taken legal action.( See, Exhibit - I)

32.) On or about 8-6-19 defendant Nadeau saw Plaintiff when it was at medical bringing ice, because ice machine is broke at Medical.

     A.) Plaintiff works at prison chow HAll.

33.) On 8-6-19 Plaintiff handed defendant Nadeau a Copy of a medical administrative Remedy form — addressing Plaintiff CPAP issue. (See, Exhibit - J)

9

34.) On 8-6-19 defendant Nadeau handed Plaintiff a bag of Cotton Balls that was dirty, brown, and black spots. Plaintiff handed back cotton and asked defendant why she was giving me this. She said "Because I don't want you to die on my watch. (See, Exhibit-J)

35.) On 8-6-19 Plaintiff had submitted a eighth Inmate request form 9601 to defendant Micheal Desena addressing this CPAP issue and why is this issue going on for over 11 month's I told defendant Desena:

   A) I've been waking up with severe headaches.
   B.) Tired-ness which is hindering me from being productive.
   C.) And how my Blood pressure has increased without the uses of CPAP machine. (See, Exhibit-K)

36.) On or about 8-6-19 Plaintiff submitted a nineth Inmate request to sick call. Explaining how I wake up with headaches and migraine headaches,

   A.) These headaches only started occurring since I have been without the CPAP machine filter (See, Exhibit-L)

10

37) On 8-7-19 defendant response was u need to bring CPAP machine down to medical to check what kind of filter CPAP machine uses. This is the only time in 11 months Since Nurse Nadeau Checked machine. (See, Exhibit-L)

38.) On 8-7-2019 Plaintiff Submitted another inmate request number (10) to medical Doctor/warden explaining how my cellmate told me he notice episodes of gasping and pauses in my breathing, and sudden awakening. I reported: (See, Exhibit-M)

   A) Everyday im at risk of complications such as Strokes, ~~and~~ heart Attack and death.

   B) I reported how I am scared to sleep.

39.) On 8-9-19 defendant Micheal Desena response to Inmate request dated 8-7-19 was," Seen by RN on 8/9/19. Refused CPAP turned in to health Services. (See, Exhibit-M)

40.) On 8-20-19 Plaintiff Submitted 11th Inmate request to defendant Nadeau. Stating why Should I keep machine in cell that cant be used and if Something happen to cpap machine, Plaintiff would.

have to cover the cost.

41.) On 8-9-2019 plaintiff signed a refusal not to take CPAP back to cell without filter. The defendant Nadeau told plaintiff to please take back machine because if I don't Nadeau would have to call on call doctor Valletta and she would get in trouble because she never informed Anybody about my CPAP issues.
(See, Exhibit - N)

42) On 8-12-19 plaintiff was called to visit medical to see doctor Valletta who was very concerned about the Serious harm associated with out the use of CPAP machine.

43) Doctor Valletta Said this issue should of never took 11 months, more like 10 days. And he only became aware of this issue on 8-9-2019. Nurse Nadeau and Deserva both defendant should of informed him that plaintiff did not have a properly functioning CPAP.

44.) On 8-9-19 plaintiff Spoke with defendant Nadeau as to why she's taking so long getting the filter. She Said Simply I kept forgetting. They have defendant doing 3 different Job at once.

45.) On 8-9-19 defendant Nadeau said to the plaintiff the delay CAN be deliberate indifference and begged me not to sue her. Defendant Nadeau said she know the serious harm of not having a cpap because —— defendant Nadeau parents uses A CPAP.

46. On 8-9-19 defendant Nadeau also said she has been going through a lot of her own health problem, She has heart issues and how she beat Cervix cancer and I should not keep trying to rat her out to her bosses for not doing her job

47.) On 8-14-19 plaintiff submitted 12th Inmate request to defendant michal Desena letting him know I sent count-less request to medical sick call about his staff treating me not as a patient, but as a nuisance I let him know: (See, exhibit - O)

    A.) I let him know about my serious medical needs
    B.) I let him know about the severe headaches, Episodies of gasping, and choking during my sleep
    C.) I informed him to check my medical records which will show my issues got worse without the uses of CPAP.

48.) on 8-20-19 Plaintiff submitted 13th Inmate request to defendant Nadeau about my Inmate Administrative remedy forms not being answered. [2] (See, Exhibit - P)

49.) on- 8-22-19 Defendant Nadeau response to inmate request dated 8-20-19. is Plaintiff took back grievance therefore Defendant Nadeau could not answer to medical grievance. (See, Exhibit - P)

50.) on 8-30-19 Plaintiff Submitted 14th Inmate request to defendant Nadeau in response to her response that Plaintiff took back grievance, By tell defendant that's an out right lie. (See, Exhibit - Q)

51.) on 9-1-19 Plaintiff submitted a grievance as to defendant Nadeau actions towards my grievance Process. Stating Directive 9.6 page (4)(F) Process Integrity. Stating "No Employee who is the subject of investigation shall investigate or Participate in the resolution of an administrative Remedy.

    A.) Asking defendants to be removed from answering Plaintiff grievances.

Note [2] Defendant Nadeau is the remedy coordinator for health services review.

14

52.) on-8-26-19 Plaintiff Submitted Inmate Request to warden Hanna asking for help at getting plaintiff CPAP parts because medical has been delaying for over 11 months.       (See, exhibit-R)

53) Plaintiff told warden Hanna about Obstructive Sleep apnea and the risks that comes with this serious medical issue. (See, exhibit-R)

54) The defendant delay in obtaining a CPAP filter had a effect on plaintiff prognosis. Plaintiff Blood pressure has become less well controlled because of plaintiff Obstructive Sleep Apnea not being treated.

55.) on or about 8-26-19 Plaintiff receieved CPAP machine with filter attached by defendant Nadeau. without cleaning Supplies

56.) on 8-22-19 Plaintiff Mother called Prison and Spoke with Captain Hughe about My well-ness and Why I did not have A properly functioning CPAP

57.) on 9-20-19 Plaintiff Submitted A Inmate request to sick call because Yellow-ish mucus was coming from Plaintiff nasal. Nurse Michell treated me for a

Sinus infection and was giving Amoxicillin to treat infection caused by not properly having cleaning supplies to clean CPAP machine.

58) Plaintiff sent countless request for cleaning supplies via Inmate request to defendants Nadeau and Desena. Nadeau told me " to use plain water to clean mask, tube and machine. A

    A) Nurse Chassity Rosado (LPN) at Garner medical Staff had Doctor Valletta to issue me cleaning supplies.
(3)

### VII Legal Claims

59) The Plaintiff reallege and incorporate by reference paragraphs 17-58

### First Claim for relief

The " unnecessary and wanton infliction of pain" Proscribed by the Eighth Amendment.

NOTE.(3) Nurse Nadeau is in charge of all issues that involve CPAP issues. She is designated and responsible.

16

60.) To establish a claim of deliberate indifference to a serious medical need, the plaintiff must show that his medical need is serious and that defendants acted with a sufficiently culpable state of mind. See; Smith v. Carpenter, 316 F.3d 178, 184 (2d Cir. 2003) (Citing Estelle v. Gamble, 429 U.S. 97, 104-05 (1976.)

61.) There are both objective and subjective components to the deliberate indifference standard. See; Hathaway v. Coughlin, 37 F.3d 63, 66 (2d Cir 1994). Objectively, the alleged deprivation must be "sufficiently serious" see Wilson v. Seiter, 501 U.S. 294, 298 (1991), and must product death, degeneration or extreme pain. See; Hathaway v. Coughlin, 99 F.3d 550, 553 (2d Cir. 1996). Subjectively, defendants must have been actually aware of a substantial risk that the Inmate would suffer serious harm as a result of their actions or inaction. See. Salahuddin v. Goord, 467 F.3d 262, 279-80 (2d cir. 2006)

<u>The objective Prong</u>

62.) Obstructive Sleep Apnea is a "sufficiently serious" chronic medical condition. People with sleep apnea have a high risk of death, degeneration and/or extreme pain. According to the Merck Manual of medical information 2d. Home Edition pages 472-473. Diseases associated

with obstructive Sleep Apnea include hypertension, atrial fibrilation, diabetes, Congestive heart failure, and drug resistant hypertension. More importantly; the fact that defendant Nadeau had actual Know ledge that doctor Valletta prescribed the Plaintiff a Standard CPAP machine, is indicative of defendant general Knowledge as a NURSE who primary Job is to issue CPAP machine to those that need the machine to those that need the machine once prescribe by doctor. Defendants had Knowledge Plaintiff uses CPAP for obstructive sleep Apnea and that it's a Sufficiently Serious medical need that if left untreated and/or not adequately treated Can cause death and other Serious health Complication

63.) Therein the Plaintiff diagnosed obstructive Sleep Apnea is a "Sufficiently Serious" Chronic medical Condition that require the defendants to treat with a Properly functioning CPAP machine and properly functioning attachments, i.e. filter, mask, and breathing hose.

<u>The Subjective Prong</u>

64.) To Satisfy the Subjective Component, the plaintiff must allege facts which, if true, would show that the defendants being Sued acted with " a Sufficiently

18

Culpable state of mind." Specifically, " deliberate indifference to the Plaintiff's health." See, Farmer v. Brennan, 511 U.S. at 834, 114 S.Ct. 1970. "Deliberate indifference" is a mental State equivalent to Subjective recktessness, as the term is used in criminal law. See, Warren v. Goord, 579 F.Supp. 2d 488, 495 — (S.D.N.Y. 2008)

65.) This mental State requires that the charged defendant acted or failed to act while actually aware of a ~~substantial~~ Substantial risk that serious harm will result from their inaction." See, Salahuddin v. Goord, 467 F.3d 263, 280 (2d Cir. 2006)(Citations omitted)(citing farmer, 511 U.S. at 836-37, 839-40, 114 S.Ct. 1970); See also, Hayes v. New York City Dept. of Corr., 84 F.3d 614, 620 (2d Cir. 1996) (" [T]o State a Cognizable Section 1983 Claim, the prisoner must allege actions or omissions Sufficient to demonstrate deliberate indifference…"); Hathaway v. Coughlin, 37 F.3d 63, 66 (2d cir. 1994) (" Deliberate indifference requires more than negligence, but less than conduct under taken for the very Purpose of Causing harm.")

66.) Defendants Nadeau and Desena by virtue of their failure to provide the Plaintiff with a properly functioning CPAP machine, and properly functioning

attachments, i.e. filter, mask and hose, for plaintiff's serious medical need, i.e. obstructive sleep apnea, despite the plaintiff's relentless efforts to notify these defendants of their need to replace filter, hose and mask. Their refusal to do so, thus leaving the Plaintiff without a functioning CPAP machine for approximately 11 months, constitute the "unnecessary and wanton infliction of pain" proscribed by the Eighth Amendment, Estelle V. Gamble, 429 U.S. at 105-106, 97 S.Ct. At 291-292.

67.) The plaintiff has no plain, adequate or complete remedy at law to redress the wrong described herein.

## VIII. Prayer for relief

Where fore, the plaintiff request that the court grant the following relief:

A.) Issue a declaration that the acts and omissions described herein by the defendants violated the Plaintiff's rights under the constitution of the United States, and that:

1. Defendants Nadeau and Desena failed to provide the Plaintiff with a properly functioning CPAP machine

20

as well as, properly functioning attachments, i.e. hose, mask and tube for over eleven (11) months, constitute the deliberate indifference to the plaintiff rights under the Eighth Amendment of the united States Constitution

B.) Award Compensatory damages in the following amount

1. 150,000.00 Jointly and severally against defendants Nadeau, and Micheal Desena for their deliberate indifference towards the plaintiffs Serious medical needs.

C.) Award punitive damages in the following Amount:

1. 100,000.00 against defendants Nadeau, and Desena in their individual Capacity

D.) Issue an injunction requiring that defendants provide medical supplies to clean CPAP machine, new breathing tubes, face mask and filters.

E.) Grant plaintiff such other relief as it may appear Just and proper.

21

Respectfully Submitted

James Griffin

James Griffin 245391

Garner Corr. Inst.

50 Nunnawauk RD.

PO Box 5500

Newtown, Ct 06470

22

# List of plaintiff's exhibits

1) Exhibit A  Sleep study Result

2) Exhibit B  Inmate Request form address to defendant Nadeau, Asking for replacment Part, And defendant reply to Inmate Request dated 9-9-18

3) Exhibit C  Inmate Request addressed to medical Supervisor re-addressing my CPAP issues, and defendant reply, dated 9-20-18

4) Exhibit D  Inmate Request informing defendant of the effects of not having the filter. DAted 10-15-18

5) Exhibit E  Inmate Request informing defendant that it's getting hard to breath.  DATED 10-27-18

6) Exhibit F  Inmate Request to supervisor Deseng (defendant) informing Deseng that Nurse Nadeau isn't responding to my Request. DATE 2-4-19

7  Exhibit G  Inmate Request to Doctor, his reply that my C-PAP issue was forward to defendant Nadeau, DATED 7-20-19

23

# PLAintiff exhibits contiue

8) Exhibit H  Inmate Request to Captain Lugo, addressing my missing grievances. DATED 8-5-19

9) Exhibit I  Inmate Request address to defendant Nadeau informing defendant that legal action will be taken. DATED 8-6-19

10) Exhibit J  Inmate Request address to Captain — Capeljoro to persever video showing plaintiff did infact give defendant Grievances and Nadeau giving me cotton to place inside C-PAP machine. Doated 8-26-19

11) Exhibit K  Inmate Request to Medical Supervisor, informing defendant of the Severe headaches, tired-ness and how im being Effected. DATED 8-6-19

12) Exhibit L  Inmate Request to Medical Sick call addressing my CPAP issves and Personal effects DATED 8-6-19

13) Exhibit M  Inmate Request address to Doctor and Warden. DATED 8-7-19

14) Exhibit N  Refvsal of C-PAP because no filter was issued. DATED 8-9-19

24

# Plaintiff exhibits contiue

15) EXhibit O  Inmate Request addressed to supervisor Deseng informing him I spoke with warden of the prison about my medical issues, and re-address the pain of not having a properly funcation machine. DATED 8-14-19

16) EXhibit P  In mate Request address to defendant Nadeay informing defendant of plaintiff pauses in my breathing, severe head ache. Dated 8-20-19

17) EXhibit Q  Inmate Request to Administrative Remedy Coordinator cynthia Nadeay. DATED 8-30-19

18) EXhibit R  Inmate Request to warden Hanna addressing the hardships of not useing the cpap and how the medical department is handleing plaintiff. DATED 8-26-19

25





From: 800 679 1008      Page: 1/8      Date: 1/18/2016 11:43:10
Date: 1/16/2016   Time: 4:39 PM   To: Wu, Johnny MD @ 18606791008                    Persant   P: 1/8



**University of Connecticut Health Center**
Sleep Disorders Center
Farmington Connecticut 06030
**Polysomnography Results and Interpretation**

**Name: James Griffin**

**Unit Number:** T01278113
**Admission Number:** 12331599
**Sex:**
**Date of Birth:** 12/18/1979
**Age:** 36
**Height:** 5-04
**Weight:** 225
**B.M.I.:** 38.6
**Date Of Study:** 01/13/2016
**Study Type:** PSG

245391.

### Clinical History

This patient was 36, and was referred by Dr. Johnny Wu for possible obstructive sleep apnea. Symptoms included snoring and excessive daytime sleepiness. On our standard questionnaire he had a normal Epworth sleepiness score of 6. Other problems included obesity and refractory hypertension.

Medications: He reported taking unspecified antihypertensives at the time of this study.

This study was requested as a split night polysomnogram, with an initial diagnostic period followed by further recording with continuous positive airway pressure (CPAP) as therapy for obstructive sleep apnea and to identify an optimum pressure setting. However, the patient did not show sufficient apnea to meet our laboratory's standard for split night studies, with only 29 respiratory events in the first 2 hours, so CPAP was not used.

He reported sleeping 4 hours the night prior to the study, ending at 0500, and taking no naps that day. He estimated his sleep latency on the study night as "a while", and thought he had slept 2 hours, awakening 6 times. He recalled no dreaming. He awoke with no physical complaints feeling "okay" and "rested". Overall he rated his sleep as worse than his usual sleep at home.

Polysomnography: was attended by a technologist and included recording of eeg, ecg, eye movement, chin muscle emg, airflow, chest movement, abdominal movement, oximetry and bilateral tibial emg. The patient is observed with a low light level video camera and microphone. The study was scored following American Academy of Sleep Medicine criteria by a registered polysomnography technologist, with scoring reviewed and the study interpreted by me.

### Sleep Data

James Griffin slept 203.00 minutes out of 395.6 minutes in bed for a sleep efficiency of 51.3%. The sleep latency was 63.6 minutes. Stage N1 sleep was 30.3%. Stage N2 sleep was 36.9%. Stage N3 sleep was 27.3%. There were 3 REM sleep periods: Stage R sleep was 5.4%, 11.0 mins. The Stage R latency (from sleep onset) was 191.0 minutes. 27.3% of the total sleep time was spent in the supine position. A total of



This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: 860 679 1008     Page: 2/8     Date: 1/18/2016 11:43:10

Date: 1/16/2016   Time: 4:39 PM   To: Wu, Johnny MD @ 18606791008                    Persant   P: 2/8



## University of Connecticut Health Center
Sleep Disorders Center
Farmington Connecticut 06030
**Polysomnography Results and Interpretation**

171 arousals were observed during the analysis period. There were 112 arousals related to respiratory events with an index of 33.1 arousals/hour. There were 53 Spontaneous arousals noted with an index of 15.7 arousals/hour. There were 3 PLM arousals noted with an index of 0.9 arousals/hour. The arousal index was 100.2 arousals/hour. The awakening index was 10.9 awakenings/hour. There were 129.20 minutes of wake after sleep onset.

The sleep latency on the study night was greatly prolonged. The number of awakenings was severely increased. The number of arousals within sleep was severely increased. The overall sleep efficiency was severely reduced, even when sleep efficiency only after sleep onset was considered alone. The amount of stage 1 sleep was greatly increased. Stage 2 sleep was reduced. Slow wave stage 3 sleep was high normal for age. The latency to the appearance of REM sleep was moderately prolonged and the total amount of REM sleep was severely reduced.

### Respiratory Data

**The overall apnea-hypopnea index was 12.7 events/hr.** The REM index was 54.5 events/hr. The NREM index was 10.3 events/hr. The supine index was events/hr in a duration of 56 minutes. The left index was events/hr in a duration of 60 minutes. The prone index was events/hr in a duration of 0 minutes. The right index was events/hr in a duration of 88 minutes. The upright AHI was events/hr in a duration of 0 minutes. The obstructive apnea index was 2.7 events/hr. There were 9 obstructive apneas with a mean duration of 17.1 seconds. There were 33 obstructive hypopneas with a mean duration of 16.9 seconds. There was 1 mixed apnea with a mean duration of 17.0 seconds. There were 81 respiratory effort-related arousals resulting in a RERA index of 23.9 events/hr. The respiratory disturbance index, which unlike the apnea-hypopnea index includes RERAs, was 36.7 events/hr. Mean saturation was 95.9%. There was a nadir saturation in non-REM sleep of 90.0% and in REM sleep of 93.0%. Patient was at or below 88% of oximetry for 0.1% of the study time. Patient was below 80% of oximetry for 0.0% of the study time. **The lowest saturation was 90.0%.**

There were frequent respiratory events on this study. These events included substantial numbers of obstructive hypopneas, where a partial obstruction causes reduced airflow accompanied by an oxygen desaturation of 3% or more or an arousal and respiratory effort related arousals, where a partial obstruction causes increased respiratory effort and an arousal without an oxygen desaturation. There were also smaller numbers of full obstructive apneas and a single mixed apnea. The apnea hypopnea index for the night as a whole was mildly elevated. The respiratory disturbance index, which includes respiratory effort related arousals, was severely elevated. The degree of oxygen desaturation associated with apneas and hypopneas on this study was mild. Most of the night was in a lateral lying position with a smaller amount of fully supine sleep. Respiratory events were seen at a severe level in all positions. Respiratory events were more common in association with REM sleep. Mild to moderate snoring was noted on this study.

### Cardiac Data

Mean heart rate was 53.2 bpm. Heart rate ranged from 39.0 bpm to 69.0 bpm.

The patient was in a sinus rhythm on this study. There were occasional premature atrial beats, some with associated pauses, but otherwise no serious cardiac arrhythmias were noted. There was moderate heart

**PERSANTE**

From: 860 679 1008     Page: 3/8     Date: 1/18/2016 11:43:11.
Date: 1/16/2016   Time: 4:39 PM   To: Wu, Johnny MD @ 18606791008                        Persant   P: 3/8



**University of Connecticut Health Center**
Sleep Disorders Center
Farmington Connecticut 06030
**Polysomnography Results and Interpretation**

rate variability seen in association with respiratory events and arousals.

**Movement Statistics**

No significant movement disorder was identified on this study. No seizure activity was observed. Muscle tone was appropriately reduced during REM sleep.

**Impressions**

The study shows severe obstructive sleep apnea. Sleep on this study is severely fragmented, with increased awakenings and arousals giving a reduced sleep efficiency, increased "light" stage 1 sleep, and reduced REM sleep. The fragmentation of sleep seen here is consistent with a complaint of nonrestorative sleep and daytime sleepiness. However, as this patient may illustrate, individual susceptibility to sleepiness can differ greatly as can the way in which individuals express their sleepiness. The degree of oxygen desaturation associated with apneas and hypopneas on this study was mild. The study did not show a useful positional effect on apnea frequency. No serious cardiac arrhythmias were noted. No other specific abnormality of sleep was seen.

Severe Obstructive Sleep Apnea Syndrome G47.33

**Recommendations**

Enforcement of a non supine sleep position using mechanical means can be an effective therapy for some patients, particularly those with milder disease and thinner patients. This study suggest positioning would not be helpful for this patient, and in general positioning is not an adequate therapy for obstructive sleep apnea of this severity.

In obese patients, weight loss can be helpful, but even with a physician supervised diet it is successful in less than 25% of patients, and may take months to reach a weight adequate to see a response.

For most patients with apnea of this severity, or where conservative measures have not been helpful or are not available, therapy choices include oral appliances that move the jaw forward, surgery such as uvulopalatopharyngoplasty, and nasal continuous positive airway pressure (CPAP).

Oral appliances are effective in less than 1/3 of patients, and may cause jaw discomfort.

Surgery is effective in about 1/2 of patients, but carries surgical risks. If surgery is used as therapy, polysomnography should be repeated to demonstrate effective control of the obstructive apnea. Surgery may improve snoring in 90% of patients, and leave a significant fraction of patients quiet but still having apnea.

CPAP can control apnea in more than 90% of patient, but calls for compliance on the part of patients, and requires repeat polysomnography to demonstrate effectiveness and determine the optimal CPAP pressure,



This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

29

From: 860 679 1008      Page: 4/8      Date: 1/18/2016 11:43:11
Date: 1/16/2016   Time: 4:39 PM   To: Wu, Johnny MD @ 18606791008                    Persant   P: 4/8



**University of Connecticut Health Center**
Sleep Disorders Center
Farmington Connecticut 06030
**Polysomnography Results and Interpretation**

or use of an autotitrating CPAP device in the home setting. Compliance measured 1 year later may be as low as 70%. Patients on CPAP require good support and education to ensure compliance.

Please let us know if we can help with further care for this patient.

Referred By:
Wu, Johnny MD
263 Farmington Ave
Farmington, CT 06030-5386
Phone: (860) 679-6760
Fax: (860) 679-1008


This document was digitally signed originally by McNally, Daniel MD on 01/16/2016 at 04:36:44 PM



This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

30

Patient Name: Griffin, James                           Study Date: 1/13/2016
Location: UCON-JDH

*NOT VALID DATA UNLESS ACCOMPANIED BY PHYSICIAN'S INTERPRETATION*

### ADULT PSG SHORT SCORE REPORT

| Patient Name: Griffin, James | | | |
|---|---|---|---|
| Sex: | Male | Study Date: | 1/13/2016 |
| D.O.B.: | 12/18/1979 | Subject Code: | UCON-JDH |
| Age: | 36 | Referring Physician: | Wu, Johnny MD |
| Height: | 64.0 in | Sleep Specialist: | McNally, Daniel MD |
| Weight: | 225.0 lbs | Recording Tech: | White, Richard RPSGT |
| B.M.I.: | 38.6 | Scoring Tech: | TINA SNOOK RPSGT RST |

**Sleep Architecture**

| | |
|---|---|
| Lights out clock time (hr:min): | 11:21:38 PM |
| Lights on clock time (hr:min): | 5:57:27 AM |
| | |
| Total Recording Time (TRT, in min.): | 395.8 |
| Sleep Period Time (SPT)*: | 5:32:15 |
| Total Sleep Time (TST, in min.): | 203.0 |
| Sleep Efficiency: | 51.3% |
| | |
| Sleep latency (SL): | 1:03:34 |
| Total Stage Changes (after sleep): | 116 |
| Awakenings (after sleep onset): | 37 |
| WASO (min.): | 128.2 |

*Time formats are in hrs:min:sec

**Sleep Architecture**

| | |
|---|---|
| Sleep Stage N1 (TST) | 30.3% |
| Sleep Stage N2 (TST) | 36.9% |
| Sleep Stage N3 (TST) | 27.3% |
| Sleep Stage REM (TST) | 5.4% |
| | |
| REM Periods: | 3 |
| REM Latency*: | 3:11:00 |
| REM Latency (less Wake time)*: | 2:22:30 |

*Time formats are in hrs:min:sec

| Respiratory Event Indices Quick Reference | |
|---|---|
| AHI | 12.7 |
| REM AHI | 54.5 |
| NREM AHI | 10.3 |
| RDI | 36.7 |

| Body Position Summary | |
|---|---|
| **Body Position** | **% Total Sleep Time** |
| Supine | 27.3% |
| Prone | 0.0% |
| Left | 29.3% |
| Right | 43.3% |
| Upright | 0.0% |

31

Patient Name: Griffin, James
Location: UCON-JDH

Study Date: 1/13/2016

*NOT VALID DATA UNLESS ACCOMPANIED BY PHYSICIAN'S INTERPRETATION*

| RESPIRATORY EVENTS | Cen. Apneas | Obs. Apneas | Mxd. Apneas | Hypopneas | RERA | Total Apneas | Respiratory Disturbance | Apnea Hypopnea |
|---|---|---|---|---|---|---|---|---|
| Count | 0 | 9 | 1 | 33 | 81 | 10 | 124 | 43 |
| Mean Duration (sec.): | N/A | 17.1 | 17.0 | 16.9 | 15.6 | 17.0 | 16.1 | 17.0 |
| Longest Event (sec.): | N/A | 23.9 | 17.0 | 23.3 | 26.4 | 23.9 | 26.4 | 23.9 |
| REM Count | 0 | 3 | 0 | 7 | 2 | 3 | 12 | 10 |
| Non-REM Count | 0 | 6 | 1 | 26 | 79 | 7 | 112 | 33 |
| REM Index | 0.0 | 16.4 | 0.0 | 38.2 | 10.9 | 16.4 | 65.5 | 54.5 |
| Non-REM Index | 0.0 | 1.9 | 0.3 | 8.1 | 24.7 | 2.2 | 35.0 | 10.3 |
| Index (events / hr.): | 0.0 | 2.7 | 0.3 | 9.8 | 23.9 | 3.0 | 36.7 | 12.7 |

* Note: Does not contain Cheyne Stokes Breathing, Hypoventilation, or Periodic Breathing.

| REM Supine | |
|---|---|
| REM&Supine AHI | 40.0 |

| RESPIRATORY EVENTS (by Body Position) | Supine Sleep Count | Index | Non Supine Sleep Count | Index |
|---|---|---|---|---|
| Duration (hrs:min:sec): | 0:55:30 | | 2:27:30 | |
| Obstructive Apneas: | 4 | 4.3 | 5 | 2.0 |
| Central Apneas: | 0 | 0.0 | 0 | 0.0 |
| Mixed Apneas: | 1 | 1.1 | 0 | 0.0 |
| Hypopneas: | 22 | 23.8 | 11 | 4.5 |
| RERAs: | 23 | 24.9 | 58 | 23.6 |
| Total*: | 50 | 54.1 | 74 | 30.1 |

* Note: Does not contain Cheyne Stokes Breathing, Hypoventilation, or Periodic Breathing.

| AROUSALS | Resp. Count | Resp. Index | Spontaneous Count | Spontaneous Index | Total Count | Total Index |
|---|---|---|---|---|---|---|
| Total Sleep Time: | 112 | 33.1 | 53 | 15.7 | 166 | 49.7 |
| Non-REM | 102 | 31.9 | 52 | 16.3 | 157 | 49.1 |
| REM: | 10 | 54.5 | 1 | 5.5 | 11 | 60.0 |

* EEG Arousal activity not associated with Respiratory or PLM events.

| LIMB MOVEMENTS (by sleep stage) | LM w/ Arousals Count | Index | LM w/o Arousals Count | Index | Total LMs Count | Index | PLM Series Count | Index |
|---|---|---|---|---|---|---|---|---|
| Total Sleep Time: | 3 | 0.9 | 8 | 2.4 | 11 | 3.3 | 0 | 0.0 |
| NREM | 3 | 0.9 | 7 | 2.2 | 10 | 3.1 | 0 | 0.0 |
| REM: | 0 | 0.0 | 1 | 5.5 | 1 | 5.5 | 0 | 0.0 |

32

Patient Name: Griffin, James                          Study Date: 1/13/2016
Location: UCON-JDH

*NOT VALID DATA UNLESS ACCOMPANIED BY PHYSICIAN'S INTERPRETATION*

| OXYGEN DESATURATION EVENTS | Count | Index |
|---|---|---|
| Total Sleep Time: | 64 | 18.9 |
| Wake (after sleep onset): | 0 | 0.0 |
| Non-REM: | 58 | 18.1 |
| REM: | 6 | 32.7 |

| OXYGEN SATURATION | Wake | Non-REM | REM | TST | TIB |
|---|---|---|---|---|---|
| Max. SpO2%: | 100.0 | 99.0 | 98.0 | 99.0 | 100.0 |
| Mean SpO2%: | 96.9 | 95.9 | 95.6 | 95.9 | 96.4 |
| Min. SpO2%: | 85.0 | 90.0 | 93.0 | 90.0 | 85.0 |
| SpO2% <= 88% (min.) | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 |
| % Time in range | | | | | |
| 92 – 100%: | 78.2% | 92.2% | 64.4% | 90.7% | 84.6% |
| 80 – 91%: | 0.3% | 0.4% | 0.0% | 0.3% | 0.3% |
| 70 – 79%: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 60 – 69%: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 50 – 59%: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| < 50%: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| % Artifact / Bad Data: | 21.5% | 7.4% | 35.6% | 9.0% | 15.1% |

| HEART RATE RESULTS | Wake | Non-REM | REM | TST | TIB |
|---|---|---|---|---|---|
| Max. HR (bpm): | 78.0 | 69.0 | 66.0 | 69.0 | 78.0 |
| Mean HR (bpm): | 54.7 | 52.9 | 59.4 | 53.2 | 53.8 |
| Min. HR (bpm): | 40.0 | 39.0 | 53.0 | 39.0 | 39.0 |

| CARDIAC EVENTS | Brady. | Asystole | Tachy. | Narrow Complex Tachy. | Wide Complex Tachy. | Atrial Fibrillation | Accel. | Decel. |
|---|---|---|---|---|---|---|---|---|
| Count: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Shortest Event (min:sec): | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Longest Event (min:sec): | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Sum Duration (min:sec): | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 |
| Absolute Max. Rate (bpm): | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Absolute Min. Rate (bpm): | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**Oxygen Titration Chart**

| Treatment Level (cm. H2O) | TIB | TIME REM (hrs:min:sec) | Non-REM | OXIMETRY Max. SpO2% | Min. SpO2% | Mean. SpO2% | RESPIRATORY A+H TOTAL | All Resp. | RDI | AHI |
|---|---|---|---|---|---|---|---|---|---|---|

33

From: 860 679 1008      Page: 8/8    Date: 1/18/2016 11:43:1...
Date: 1/16/2016   Time: 4:39 PM   To: Wu, Johnny MD @ 18606791008                    Persant   P: 8/8

Patient Name: Griffin, James
Location: UCON-JDH

Study Date: 1/13/2016

*NOT VALID DATA UNLESS ACCOMPANIED BY PHYSICIAN'S INTERPRETATION*





EXhibit -

B



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: JAMES Griffin | Inmate number: 245391

Facility/Unit: **Garner CI** | Housing unit: **Alpha Cell:** 207 | Date: 9-9-18

Submitted to: *Infectious disease Nurse Cindy Nadeau*

Request: *During the prison lock down, the filter from my [CPAP] is missing. I notified the Station Nurse. who spoke with you about my Situation. Without the use of my machine, I've been having daytime sleepiness and other problems, Such as headaches.*

*#2. I also need cleaning products to clean Face mask and breathing tube.*

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): | Title:

Action taken and/or response:

I have emailed people to find out who is now in charge of ordering supplies i am waiting to hear back from them

continue on back if necessary

Staff signature: CNadeau | Date: 9|17|8

Exhibit

C



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: JAmes Griffin | Inmate number: 245391 |
| Facility/Unit: **Garner CI** | Housing unit: **Alpha Cell:** 207   Date: 9-20-18 |

Submitted to: Medical Supervisor

Request: I spoke with the infectious nurse Cindy who has been A true professional in dealing with this situation, and my — frustration. During a prison shakedown. I have been unable to use the (Cpap) for over a month. Due to the c/o's throwing out my filter. The Nurse has made several attemps through E-mail's trying to get the filter. to NO avail. I'm writing to you because I've been dealing with this issue for over 1 month. I've been waking up with severe headaches, and tiredness, I've gained 5 pounds because I'm tired. my blood pressure has increased. I have severe obstructive sleep apnea I need to use the machine

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

| Acted on by (print name): D.O. [signature] | Title: [illegible] |
|---|---|

Action taken and/or response:

Your Request through Cindy has been Forwarded to DOC Health Services Headquarters — We will contact you as soon as they make information available

*continue on back if necessary*

| Staff signature: [signature] | Date: 9/21/18 |
|---|---|

EXhibit

D

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: James Griffin

Inmate number: 245381

Facility/Unit: G.C.I

Housing unit: A-207

Date: 10-15-18

Submitted to: Nurse Nadeau

Request: What's going on with the filter for CPAP. I'm having problem breathing. and waking up gasping for air. Please take care of this issue.

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name):                     Title:

Action taken and/or response:

**continue on back if necessary**

Staff signature:                     Date:





# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: | James L Griffin | | Inmate number: | 245591 |
|---|---|---|---|---|

| Facility/Unit: | G.C.I | Housing unit: | A-207 | Date: | 10-27-18 |
|---|---|---|---|---|---|

Submitted to: Nurse Nadeau

Request: This is my fourth Request About being unable to use CPAP because You has Yet to order the filters Im having problems breathing and its getting worse.

*continue on back if necessary*

**Previous action taken:**

*continue on back if necessary*

Acted on by (print name): _____ Title: _____

**Action taken and/or response:**

*continue on back if necessary*

Staff signature: _____ Date: _____

EXhibit

F



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: James Griffin

Inmate number: 245391

Facility/Unit: G.C.i.I

Housing unit: A-207

Date: 2-4-19

Submitted to: Supervisor Desena

Request: Mr. Desena Nurse Nadeau isn't responding to my
inmate request form, nor the Administrative remedy
request for the filter to replace the CPAP filter.

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):                    Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:                              Date:

EXhibit

G



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: James Griffin

Inmate number: 245391

Facility/Unit: G. C. I

Housing unit: A-207

Date: July 20, 2019

Submitted to: Doctor

Request: I am classified as stage 3 hypertension. I'm at risk for a heart attack, heart failure, or a stroke. I take Diuretics, Angiotensin II blockers, calcium channel blockers and Eplerenone for a adrenal gland issues.

My issue is how come I don't get blood pressure readings bi-weekly? I was sent to Uconn June 12, 2019 without my Medical records, blood was taken. What's going on. Did I fall through the cracks? I'm having issues with my C-pap. I need Cleaning Supplys. I wrote many request about my toe producing a thickened deformed nail. It's separate from

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

You are Currently on the list to see the Medical MD - You should be called soon. Please be Patient.

Also refered to OTC Nurse.

*continue on back if necessary*

Staff signature:

Date: 7/29/19

EXhibit

H

**Inmate Request Form**
Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: JAMes Griffin

Inmate number: 248391

Facility/Unit: G. C. I

Housing unit: A-207

Date: 8-5-19   received 9/3/19

Submitted to: CAPtain Lugo

Request: I filed a total of 5 Grievances along with Request to medical Cynthia Nadeau the medical Administrative Remedy Coordinator, but my Complant is against both Nurse Nadeau and Medical Supervisor mike Deseno. The last request I I receieved on 8-20-19 to Nadeau, State's I took back my grievances which isn't true- I re-filed. But CAN you call to Confirm that my Complaint is in her office.

My Question is for the failure to provide me A working CPAP machine for 11 month??? CAPtain Hughes know about this, warden HAnna. Please call down And fund out about my medical grievances

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): Lugo

Title: CPTN

Action taken and/or response:

THERE ARE a total of 3 (three) active grievances per Supume Deseno (9/11/19)

*continue on back if necessary*

Staff signature:

Date: 9/11/19



EXhibit

I

*Copies*

*To Captain Hughs*



# Inmate Request Form
## Connecticut Department of Correction

*No respone*

CN 9601
REV 1/31/09

| Inmate name: James L. Griffin | Inmate number: |
|---|---|

| Facility/Unit: G. C. I | Housing unit: A-207 | Date: 8-6-19 |
|---|---|---|

Submitted to: C.O.C Medical Staff MS. Nadear

Request: I wrote to you on 9-9-18 with Concerns of my filter of my C-pap being missing. I Also wrote to you and medical request for Cleaning Supplys. I have not had Cleaning products to Clean face MASK and breathing tube. I would be taken Legal action

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

**continue on back if necessary**

| Staff signature: | Date: |
|---|---|



EXhibit

J

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: James Griffin

Inmate number: 246391

Facility/Unit: G.C.I

Housing unit: A-207

Date: 8-26-19

Submitted to: Captain Capellaro / Location At Medical

Request: My Attorney Daniel Cooper Asked me to write to have the videotape footage on 8-6-19 Around 1:00 Pm - 2:30 Pm persevred. Of Nurse Nadeau issveing me Cotton to use in my Cpap as a filter. I gave Nurse back Cotton. For one it wasn't the filter and Secondly the Cotton was brown and black. I don't know who gave her permission to issue me Cotton c/o Grizz is a witness, to the Conversation because C/o Grizz thought I/m working down at medical gave me the Cotton. Also the Video Shows me giving her a grievance.

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): Capellaro

Title: Cpt.

Action taken and/or response:

Above requested video download and birned to D.V.D.

Ev. # GCI-VP-19-1059

*continue on back if necessary*

Staff signature: [signature]

Date: 9/4/19



Exhibit

K

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: James Griffin

Inmate number: 245391

Facility/Unit: G.C.I

Housing unit: A-207

Date: 8-6-19

Submitted to: Medical Supervisor

Request: On 9-20-18. I wrote to you about my filter beening thrown out on the prison shake down. I informed C.D.C Nedear who made several attempts through e-mail to D.O.C Health services Headqvarters to issve me the filter. This issve has been going on almost ~~over~~ a year. I've been wakeng up with severe headaches, tired-ness, which in retem hinder me from being productive. My blood pressure has increased.

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:

EXhibit

L



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: James Griffin | Inmate number: 245391

Facility/Unit: Gi C.T | Housing: A-207 | Date: 8-6-19

Submitted to: Sick Call

Request: Every morning I wake up to Headaches and at times migraine headaches. These headache only started occurring Since we have been unable to use my C'pap because I been missing the filter for over 9 month. This issue has been address to medical Supervisor mike and Nurse Nadear Via Medical request. My blood pressure has increased increased

---

**continue on back if necessary**

Previous action taken:

---

**continue on back if necessary**

Acted on by (print name): | Title:

Action taken and/or response: You need to bring your machine dum to medical to see what kind of filter needs to be ordered

---

**continue on back if necessary**

Staff signature: (W) | Date: 8/7/19

EXhibit

M

*This request to medical*



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: James Griffin

Inmate number: 245391

Facility/Unit: G.C.I

House: unit: A-207

Date: 8/7/19

Submitted to: Medical Doctor / Warden

Request: It's been going on for ~~over~~ almost a year without the use of my Cpap because it filter was thrown out during a prison shake down. I reported this issue to sick call, Nurse Nadear and wrote to supervisor mike, Every day I'm at risk of complications such as stroke, heart attack, and increased blood pressure, I'm almost scared to sleep. I ask my cellmate to watch me when I'm sleep. He notices episodes of gasping and pauses in my breathing and sudden awakenings. This issue also has reduce my quality of life, At time it seems my memory is at times impaired. This issue stems from (9-8-18)

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): [signature]

Title: RN

Action taken and/or response: Seen by RN on 8/9/19 Refused CPAP + turned into Health Services — Filter Approval pending DOC HSU

*continue on back if necessary*

Staff signature: [signature]

Date: 8/9/19

Exhibit

N

# Garner Correctional Institution
Refusal of Treatment

*August  9, 2019*
Page 1

**JAMES GRIFFIN   INMATE ID #: 00245391   39 Years Old**
**DOB:** 12/18/1979 **Race: Black or African American   Gender: Male**
**LOC: 136 A 207   Med Score: 3 Sub Score: OL...   MH Score: 2 Sub Score: ....**

08/09/2019 - Refusal of Treatment: Refusal of Treatment
**Provider:** Cynthia L. Nadeau RN
**Location of Care:** Garner Correctional Institution

**Encounter Context**
**Facility at time of evaluation:** Garner Correctional Institution
**Age at Time:** 39 Years Old

## Refusal of Treatment

**Refused Other:**Other
   **Specific Treatment, Service or Mediction:** CPAP machine
**Reason:** Other
**Additional Comments:** I/M refuses to bring machine back to unit because there is no filter which this writer will order.

*Patient Signature*   X ~~Jamst Griffin~~   Aug 9, 2019
                       Signature                Date

*Medical Staff Signature:*   CNadeau   Aug 9, 2019
                             Signature              Date

*Medical Staff Signature:*   _____   _____
                             Signature              Date

Electronically signed by Cynthia L. Nadeau RN on 08/09/2019 at 1:54 PM

Exhibit

O

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: James Griffin | Inmate number: 245391 |
|---|---|

| Facility/Unit: G.C.I. | Housing unit: 4-207 | Date: 8-14-19 |
|---|---|---|

Submitted to: Supervisor Mike Desena

Request: I Spoke to Warden Hanna on 8-14-19. who Sent E-mail to Mike Desena about my c-pap issue. I also Spoke to Count-less Nurses and family members who Say'd the filter Should of never been this long for me to receive. I made you aware of the problem on 9-20-18. I have copies of YOUR respone, Nurse Nadear has them attached to the Grievance I filed. when I returned the c-pap because I was unable to use it. 8-9-19 I returned and Nurse Nadear Called Doctor Valletta. Who was Very Concerned As to Why I was refusing to Use my c-pap because of my other health problems. I Spoke to Doctor Valletta on 8-12-19. who was never aware or notify I was unable to use c-pap. for Almost a year why?

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

| Acted on by (print name): M Delena | Title: RN |
|---|---|

Action taken and/or response: work w/ HSU team CPAP evaluation, recommendation, ordering of CPAP supply adjudicated

*continue on back if necessary*

| Staff signature: | Date: 8/15/19 |
|---|---|

I asked and discussed this issue. Your medical staff treated me not as a patient, but as a nuisance and became insufficiently interested in my health to even take the ——— minimal steps to help me.

On 10-12-18. I suffered a sinuse infestion from not having the proper cleaning supplys. I have never been issued cleaning supplys to clean C-Pap when il was able to use it. Check medical records because everything from medical should be duly noted in my records if some supplys was issued.

I know il have a plausible claim that your staff was deliberately indifferent to my serious medical needs in violation of the eighth amendment, as well as A claim against you and your staff under state law for negligence.

I have obstructive sleep apnea, 20 episodes per hour. the risk of death is increased.

My question is why im I being at risk for A stroke, heart attack, episodes of gasping, choking and severe headaches. All because nobody followed through. Who's at fault.

I filed a grievance twice which has not be answerd or returned as if they are being thrown out.

I wrote you a request on 8-6-19 through the medical box did you receive it?

P.S. I think we need to have a meeting. Please answer this request.

Thank You

James Griffin

James Griffin

EXhibit

P



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: JAmes Griffin     inmate number: 245391

Facility/Unit: G.C.I     Housing unit: A-20-7     Date: 8-20-19

Submitted to: Nurse Nadear

Request: I don't Know how are communication got broken down to you no longer see me as a patient but as a nuisance. I waited on you to get me the filter almost a year. I wrote you request after request about the severe headache, tired-ness, sudden awakenings and pauses in my breathing. on 9-9-18 I wrote you another request about the filter beening thrown out. You told me to continue to use cpap until You get me another filter. on 10-18-18 il was seen at sick call for a sinuse infestion due to the cpap not being clean. Since il had the cpap il have never been issued medical supplies, And not once have my cpap numbers been recorded on file, I have copies

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):     Title:

Action taken and/or response:

Your filters have been ordered and are on their way, once they arrive you will be called down to medical to retrieve your CPAP machine with filters in place. Also, You took the grivance away from my possesion, therefore it could not be answered.

*continue on back if necessary*

Staff signature:     Date: 8/22/19

f my medical file from Acosta Records. Actually she forward them to my Horney. on 8-9-19 I returned the cpap because of not being able to use the cpap. I signed a refusal in your office not because I didn't want my cpap I need the cpap I have severe obstructive sleep apne everyday im at risk for stroke, heart attack ETC. I gave you a lot of time Anyways can you send me my grievance back, exhausting my Doc's Administrative remedies.

This request is asking for you to speak with me in person as to where we go from here. Do I get my CPAP back working or what. I have court friday I won't be here.   Thank you for your time.

# INMATE

# REQUEST

# FORM

Nurse Nadear
CDC
medical nurse

Exhibit

Q

1 of 3
Copies

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: James Griffin

Inmate number: 245391

Facility/Unit: G, C, I

Housing unit: A-207

Date: 8-30-19

Submitted to: Administrative Remedy Coordinator Cynthia Nadeau

Request: I'm writing this Administrative remedy form, in your request dated 8-22/19 response: you claim il took the remedy form from your posesion, therefore it could not be answered. That is not true, However im Sending you this form and request via Mail Box. The Grievance filed a few days ago. Disregard because il failed to Sign Signature and properly date form. Attached is A correct form,

Thank you for your time.

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name):

Title:

Action taken and/or response:

**continue on back if necessary**

Staff signature:

Date:

EXhibit

R

*Copy of personal records*



## Inmate Request Form
### Connecticut Department of Correction

08-26-2019 RCVD

CN 9601
REV 1/31/09

Inmate name: James Griffin

Inmate number: 245391

Facility/Unit: G. C. I

Housing unit: A-207

Date: 8-26-19

Submitted to: Warden Hanna

Request: I spoke to you during your tour of Alpha Block on 8-14-19
I spoke to you about my Cpap filter. you told me you would e-mail
medical supervisor mike Deserva. again it's been since 9-9-18 il've
gone without a filter for C-pap. I have request that iim giving
to captain Hughes today. Showing medical clearly been made aware
of this medical issue. I have Severe Obstructive Sleep apnea
meaning il could have a Stroke, heart attack or even die in my Sleep,
The reason im writing to you is because my medical grievance
are not being repiyed to Nor are they being Sent back the Nurse
whos in charge of medical grievance is Nurse Nadeau the Same →

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name):

Title:

Action taken and/or response:

NS Desena advised the Warden
that you received your CPAP filter
on 8/26/19

**continue on back if necessary**

Staff signature: Warden Hannah

Date: 9/12/19

responsible for ordering my cpap filter. Warden Hanna this
Nurse Responsible issue has been going on since 9-9-18. I wake up every Single day
with migraine headaches. I wrote Count-less request only a few
make it back. Please Check my medical files. I wrote about the
pain every other day to the point im no longer being looked at
as a patient, but as a nuisance.

I will like for you to personally help me get the filter or a New cpap
thank You for Your time.

James Griffin

# INMATE

# REQUEST

# FORM